08/30/2022                                                Judge Peter C McKittrick

02:00 22-31175-thp13            Annika Ursula Eriksson - db        Pro Se

**Matter: Motion to Extend Automatic Stay Doc# 23**

Summary of Proceedings

For the reasons set forth on the record, the Court will deny the Motion to Extend Automatic Stay (ECF 23).

Order to be prepared by:        _____ Clerk's Office        __X__ Chambers        Other: