1  Jesse A.P. Baker (SBN 36077)
   jbaker@aldridgepite.com
2  **ALDRIDGE PITE, LLP**
   The Ogden Building
3  9311 SE 36th St, Ste 207
   Mercer Island, WA 98040
4  Telephone: (425) 644-6471
   Facsimile: (619) 590-1385
5
   <u>Mailing Address</u>:
6  4375 Jutland Drive, Suite 200
   P.O. Box 17933
7  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
8  Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| In re<br><br>ANNIKA URSULA ERIKSSON AKA ANNIKA LEE AKA ANNIKA URSULA BOLON DBA SOULMATES DBA ANNIKA LEE,<br><br>Debtor. | Case No. 22-31175-thp13<br><br>Chapter 13<br><br>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br>341(A) MEETING:<br>DATE: 08/30/2022<br>TIME: 10:00 AM<br>PLACE: MEETING VIA TELEPHONE<br><br>CONFIRMATION HEARING:<br>DATE: 09/08/2022<br>TIME: 9:00 AM<br>CTRM: TELEPHONE HEARING |

Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS14 ("Creditor"), hereby objects to confirmation of the Chapter 13 Plan filed by Debtor in the above-referenced matter. PHH Mortgage Corporation acts as the servicing agent for Creditor. The basis of the objection is stated below.

## I. STATEMENT OF FACTS

1. On or about July 21, 2006, Agustine L. Monckton and Gerald G. Monckton, Jr ("Borrowers") executed an Initial Interest Note in the original principal amount of $232,000.00 (the "Note"). The Note is secured by a Deed of Trust encumbering real property commonly described as

OBJECTION TO CONFIRMATION - 1

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177
(858) 750-7600

Case 22-31175-thp13    Doc 29    Filed 08/30/22

1730 Southwest 203rd Avenue, Aloha, Oregon 97003 (the "Property"), which is more fully described in the Deed of Trust.

2. Subsequently, all right, title and interest under the Note and Deed of Trust was assigned to Creditor.

3. On or about July 21, 2022, Annika Ursula Eriksson ("Debtor") filed a Chapter 13 bankruptcy petition. Debtor's Chapter 13 Plan ("Plan") provides for payments to the Trustee in the amount of $452.82 per month for 36 months. However, the Plan does not provide for the claim.

4. The pre-petition arrearage on Creditor's secured claim is estimated to be $492,558.30. The arrears will be reflected on Creditor's Proof of Claim if one is filed.

5. On or about 12/20/2021, an unauthorized Grant Deed was recorded in the Washington County Recorder's office whereby Turning Leaf Homes, Michelle Baron purported to transfer interest in the Property to Annika Eriksson for $1.00 consideration.

6. As the Property was transferred to Debtor without Creditor's prior knowledge or authorization, the loan has become fully due and payable pursuant to the terms of the Deed of Trust.

## II. ARGUMENT

Application of the provisions of 11 U.S.C. § 1325 and determines when a plan shall be confirmed by the Court. Based on the above sections, as more fully detailed below, this Plan cannot be confirmed as proposed.

### A. PROMPT CURE OF ARREARS FULL VALUE REQUIREMENT

Pursuant to 11 U.S.C. § § 1322(b)(5) and 1325(a)(5)(B)(ii), a plan must provide for the cure of arrears within a reasonable time and provide for continuing payments on a secured claim where the last payment is due after the date which the final plan payment is due.

Arrears owed on Creditor's claim are estimated to be $492,558.30, but the plan fails to provide for the repayment of arrears. Debtor will have to amend the Plan and provide for the Trustee to disburse arrears payments to Creditor in order to cure pre-petition arrears over 60 months.

As proposed, the Plan fails to satisfy 11 U.S.C. § § 1322(b)(5) and 1325(a)(5)(B)(ii), and is not feasible. Confirmation must be denied.

OBJECTION TO CONFIRMATION - 2

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177
(858) 750-7600

Case 22-31175-thp13    Doc 29    Filed 08/30/22

WHEREFORE, Creditor respectfully requests:

i. That confirmation of the Debtor's Chapter 13 Plan be denied and Debtor be ordered to file a Motion to Confirm Amended Plan within 14 days;

ii. Alternatively, that the Plan be amended to provide for complete payment of the loan or surrender of the property and relief from the Stay and Co-Debtor Stay; and,

iii. For such other and further relief as this Court deems just and proper.

Respectfully submitted,

ALDRIDGE PITE, LLP

Dated: August 24, 2022

/s/ *Jesse A.P. Baker* (SBN 36077)
JESSE A.P. BAKER
Attorneys for Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QS14

OBJECTION TO CONFIRMATION - 3

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177
(858) 750-7600

Case 22-31175-thp13    Doc 29    Filed 08/30/22

## CERTIFICATE OF SERVICE

On August 30, 2022, I caused the foregoing OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN to be served on the following individuals by depositing true copies thereof in the United States mail, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR(S)**

Annika Ursula Eriksson
1730 SW 203rd Ave
Beaverton, OR 97003

The following parties were served by electronic means through the Court's ECF service:

**CHAPTER 13 TRUSTEE**
Wayne Godare

I certify under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2022      /s/ Ana Vetter
                            Ana Vetter

OBJECTION TO CONFIRMATION - 4

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177
(858) 750-7600

Case 22-31175-thp13    Doc 29    Filed 08/30/22