UNITED STATES BANKRUPTCY COURT
District of Oregon

| | | |
|---|---|---|
| In re | ) | Hearing Judge: Teresa H Pearson |
| Annika Ursula Eriksson | ) | Case No. **22-31175-thp13** |
| | ) | CHAPTER 13 CONFIRMATION |
| Debtor(s) | ) | WORKSHEET |

Attorney: Pro Se          Trustee Representative: Wayne Godare

**Present:** (x) Debtor () Jt. Debtor () Attorney     Conf. Hrg. Date/Time:   09/08/2022 9:00 AM

**Trustee Objection(s)**
_____ Resolved and recommends confirmation.
_____ Plan payments have not been received.
_____ Plan payments are not current.
__x__ Other:    Trustee has not completed the 341(a) meeting of creditors yet.

**Creditor Objections(s)**
_____ IRS    _____ ODR    Creditor(s):    Deutsche Bank Trust Company Americas

**Plan Confirmed**
_____ Order has been lodged.
_____ Order to be lodged after hearing.

**Plan Denied**
_____ Debtor wants to file an amended plan.
_____ Other reason:
_____ # of days or by _____ file an amended plan. (1355.05)
_____ Adjourned hearing date given in court

**Other Orders**
_____ Order to file tax returns    _____ IRS    _____ ODR    _____ Other:
_____ Returns due within _____ days.
_____ Service Order.    _____ Fee reduction.    _____ Send letter.
_____ 10-day order requiring presentation of proposed confirmation order.

**Adjourned Hearing**
__x__ Adjourned confirmation hearing to be held on    10/6/2022 at 1:30 p.m.
_____ Evidentiary confirmation hearing to be held on
__x__ via Telephone    _____ by Video    in Courtroom # _____
_____ Trustee motion to dismiss continued.
__x__ Noticed in court.    _____ Notice to be sent to interested parties.

**Notes: Hearing adjourned to allow for completion of the 341(a) meeting of creditors. Debtor trying to find an attorney to represent and assist her.**