United States Bankruptcy Court
District of Oregon

In re:     Case No. 22-31175-thp
Annika Ursula Eriksson     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3     User: Admin.     Page 1 of 1
Date Rcvd: Sep 08, 2022     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annika Ursula Eriksson, 1730 SW 203rd Ave, Beaverton, OR 97003-2164 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022     Signature:     /s/Gustava Winters

UNITED STATES BANKRUPTCY COURT
District of Oregon

In re ) Hearing Judge: Teresa H Pearson
  Annika Ursula Eriksson ) Case No. **22-31175-thp13**
  ) CHAPTER 13 CONFIRMATION
Debtor(s) ) WORKSHEET

Attorney: Pro Se            Trustee Representative: Wayne Godare

**Present:** (x) Debtor () Jt. Debtor () Attorney      Conf. Hrg. Date/Time: 09/08/2022 9:00 AM

**Trustee Objection(s)**
\_\_\_\_ Resolved and recommends confirmation.
\_\_\_\_ Plan payments have not been received.
\_\_\_\_ Plan payments are not current.
 x  Other: Trustee has not completed the 341(a) meeting of creditors yet.

**Creditor Objections(s)**
\_\_\_\_ IRS    \_\_\_\_ ODR    Creditor(s): Deutsche Bank Trust Company Americas

**Plan Confirmed**
\_\_\_\_ Order has been lodged.
\_\_\_\_ Order to be lodged after hearing.

**Plan Denied**
\_\_\_\_ Debtor wants to file an amended plan.
\_\_\_\_ Other reason:
\_\_\_\_ # of days or by _____ file an amended plan. (1355.05)
\_\_\_\_ Adjourned hearing date given in
\_\_\_\_ court

**Other Orders**
\_\_\_\_ Order to file tax returns   \_\_\_\_ IRS   \_\_\_\_ ODR   \_\_\_\_ Other:
\_\_\_\_ Returns due within \_\_\_\_ days.
\_\_\_\_ Service Order. \_\_\_\_ Fee reduction. \_\_\_\_ Send letter.
\_\_\_\_ 10-day order requiring presentation of proposed confirmation order.

**Adjourned Hearing**
 x  Adjourned confirmation hearing to be held on   10/6/2022 at 1:30 p.m.
\_\_\_\_ Evidentiary confirmation hearing to be held on
 x  via Telephone   \_\_\_\_ by Video   \_\_\_\_ in Courtroom #
\_\_\_\_ Trustee motion to dismiss continued.
 x  Noticed in court. \_\_\_\_ Notice to be sent to interested parties.

**Notes: Hearing adjourned to allow for completion of the 341(a) meeting of creditors. Debtor trying to find an attorney to represent and assist her.**