1  Jesse A.P. Baker (SBN 36077)
   jbaker@aldridgepite.com
2  **ALDRIDGE PITE, LLP**
   The Ogden Building
3  9311 SE 36th St, Ste 207
   Mercer Island, WA 98040
4  Telephone: (425) 644-6471
   Facsimile: (619) 590-1385
5
   <u>Mailing Address</u>:
6  4375 Jutland Drive, Suite 200
   P.O. Box 17933
7  San Diego, CA 92177-0933
   Telephone: (858) 750-7600
8  Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| In re<br><br>ANNIKA URSULA ERIKSSON AKA ANNIKA LEE AKA ANNIKA URSULA BOLON DBA SOULMATES DBA ANNIKA LEE,<br><br>Debtor. | Case No. 22-31175-thp13<br><br>Chapter 13<br><br>OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN<br><br>CONFIRMATION HEARING:<br>DATE:   OCTOBER 6, 2022<br>TIME:   1:30 PM<br>CTRM:   TELEPHONIC |

NewRez LLC d/b/a Shellpoint Mortgage Servicing ("Creditor"), hereby objects to confirmation of the Chapter 13 Plan filed by Debtor in the above-referenced matter. The basis of the objection is stated below.

## I. STATEMENT OF FACTS

1. On or about October 26, 2006, Sherry Garboden and Elbert Garboden (the "Borrowers"), executed a Promissory Note in the original principal amount of $281,600.00 (the "Note"). The Note is secured by a Deed of Trust encumbering real property commonly described as 12054 Chapin Court, OR 97045 (the "Property"), which is more fully described in the Deed of Trust.

2. Subsequently, all right, title and interest under the Note and Deed of Trust was assigned to Creditor.

OBJECTION TO CONFIRMATION - 1

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177
(858) 750-7600

Case 22-31175-thp13    Doc 41    Filed 09/27/22

3. On or about December 20, 2021, an unauthorized Grant Deed was recorded in the Clackamas County Recorder's office whereby interest in the Subject Property was transferred to the Debtor, Annika Eriksson, as a gift for no consideration.

4. On or about July 21, 2022, Debtor filed a Chapter 13 bankruptcy petition. Debtor's Chapter 13 Plan ("Plan") provides for payments to the Trustee in the amount of $452.84 per month for thirty-six (36) months. However, while the Debtor's schedule lists the Creditor's Claim, no provision has been made in the Plan for the treatment of Creditor's Claim.

5. The pre-petition arrearage on Creditor's secured claim is estimated to be $205,746.40. The arrears will be reflected on Creditor's Proof of Claim.

6. Debtor will have to increase the payment through the Chapter 13 Plan to this Creditor by approximately $3,417.00 monthly in order to cure pre-petition arrears within 60 months.

## II. ARGUMENT

Application of the provisions of 11 U.S.C. § 1325 and determines when a plan shall be confirmed by the Court. Based on the above sections, as more fully detailed below, this Plan cannot be confirmed as proposed.

### A. PROMPT CURE OF ARREARS FULL VALUE REQUIREMENT

Pursuant to 11 U.S.C. §§ 1322(b)(5) and 1325(a)(5)(B)(ii), a plan must provide for the cure of arrears within a reasonable time and provide for continuing payments on a secured claim where the last payment is due after the date which the final plan payment is due.

The pre-petition arrearage on Creditor's secured claim is estimated to be $205,746.40. The arrears will be reflected on Creditor's Proof of Claim. Debtor will have to increase the payment through the Chapter 13 Plan to this Creditor by approximately $3,417.00 monthly in order to cure pre-petition arrears within 60 months.

WHEREFORE, Creditor respectfully requests:

i. That confirmation of the Debtor's Chapter 13 Plan be denied and Debtor be ordered to file a Motion to Confirm Amended Plan within 14 days;

OBJECTION TO CONFIRMATION - 2

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177
(858) 750-7600

Case 22-31175-thp13    Doc 41    Filed 09/27/22

ii. Alternatively, that the Plan be amended to provide for timely payment of ongoing payments due and the cure of arrears owed to Creditor within a period not exceeding 60 months; and

iii. For such other and further relief as this Court deems just and proper.

Respectfully submitted,

ALDRIDGE PITE, LLP

Dated: September 27, 2022

/s/ *Jesse A.P. Baker* (SBN 36077)
JESSE A.P. BAKER
Attorneys for NewRez LLC d/b/a Shellpoint Mortgage Servicing

OBJECTION TO CONFIRMATION - 3

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177
(858) 750-7600

Case 22-31175-thp13    Doc 41    Filed 09/27/22

## CERTIFICATE OF SERVICE

On September 27, 2022, I caused the foregoing OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN to be served on the following individuals by depositing true copies thereof in the United States mail, enclosed in a sealed envelope, with postage paid, addressed as follows:

**DEBTOR(S)**

Annika Ursula Eriksson
1730 SW 203rd Ave
Beaverton, OR 97003

The following parties were served by electronic means through the Court's ECF service:

**DEBTOR(S) ATTORNEY**
PRO SE

**CHAPTER 13 TRUSTEE**
Wayne Godare

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 27, 2022          /s/ Ana R. Vetter
                                   ANA VETTER

OBJECTION TO CONFIRMATION - 4

**ALDRIDGE PITE, LLP**
4375 Jutland Drive; P.O. Box 17933
San Diego, CA 92177
(858) 750-7600

Case 22-31175-thp13    Doc 41    Filed 09/27/22