NFM (12/1/18)

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

October 3, 2022

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Annika Ursula Eriksson**
*Other names used by debtor:* Annika Lee, Annika Ursula Bolon, Soulmates, Annika Lee
Debtor(s)

Case No. **22–31175–thp13**

**Notice of Requirement
to File Financial
Management Certification**

**NOTICE IS GIVEN** that pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 1007(b)(7), FRBP 1007(c) and FRBP 5009(b), each debtor is required to complete a debtor education course and file a certificate of completion. The certificate must be filed no later than the date when the last payment due under the plan is made, or, if applicable, the date of filing of a motion for a "hardship discharge" under 11 USC § 1328(b). If this is a joint case, each debtor must separately file a certificate.

Debtors are strongly encouraged to take the debtor education course and file the certificate of completion as soon as possible. If the certificate is not timely filed, this case may be closed without entry of a discharge. If the case is closed without entry of a discharge, the debtor must file a motion to reopen and pay a reopening fee in order to file the certificate and obtain a discharge.

To obtain a list of approved providers for the debtor education course, go to https://www.orb.uscourts.gov and select Debtor Education Providers under Other Resources.

Clerk, U.S. Bankruptcy Court
1050 SW 6th Ave. #700
Portland, OR 97204