United States Bankruptcy Court
District of Oregon

In re: Case No. 22-31175-thp
Annika Ursula Eriksson Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3 User: admin Page 1 of 1
Date Rcvd: Oct 03, 2022 Form ID: NFM Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Annika Ursula Eriksson, 1730 SW 203rd Ave, Beaverton, OR 97003-2164 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2022      Signature:      /s/Gustava Winters

NFM (12/1/18)

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
F I L E D

October 3, 2022

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Annika Ursula Eriksson**
*Other names used by debtor:* Annika Lee, Annika Ursula Bolon, Soulmates, Annika Lee
Debtor(s)

Case No. **22–31175–thp13**

**Notice of Requirement to File Financial Management Certification**

**NOTICE IS GIVEN** that pursuant to Federal Rule of Bankruptcy Procedure (FRBP) 1007(b)(7), FRBP 1007(c) and FRBP 5009(b), each debtor is required to complete a debtor education course and file a certificate of completion. The certificate must be filed no later than the date when the last payment due under the plan is made, or, if applicable, the date of filing of a motion for a "hardship discharge" under 11 USC § 1328(b). If this is a joint case, each debtor must separately file a certificate.

Debtors are strongly encouraged to take the debtor education course and file the certificate of completion as soon as possible. If the certificate is not timely filed, this case may be closed without entry of a discharge. If the case is closed without entry of a discharge, the debtor must file a motion to reopen and pay a reopening fee in order to file the certificate and obtain a discharge.

To obtain a list of approved providers for the debtor education course, go to https://www.orb.uscourts.gov and select Debtor Education Providers under Other Resources.

Clerk, U.S. Bankruptcy Court
1050 SW 6th Ave. #700
Portland, OR 97204