UNITED STATES BANKRUPTCY COURT
District of Oregon

| In re | ) Hearing Judge: Teresa H Pearson |
|---|---|
| Annika Ursula Eriksson | ) Case No. **22-31175-thp13** |
| | ) CHAPTER 13 CONFIRMATION |
| Debtor(s) | ) WORKSHEET |

Attorney: Pro Se / No appearance    Trustee Representative: Jordan Hantman

**Present:** () Debtor () Jt. Debtor () Attorney    Conf. Hrg. Date/Time:    10/06/2022 1:30 PM

**Trustee Objection(s)**
_____ Resolved and recommends confirmation.
_____ Plan payments have not been received.
__x__ Plan payments are not current.
__x__ Other:    Trustee reported that the 341(a) meeting of creditors had not been completed yet, but that debtor had informed the trustee that she no longer wanted to continue in the case and wished for it to be dismissed. Court will dismiss the case on the trustee's motion.

**Creditor Objections(s)**
_____ IRS    _____ ODR    Creditor(s):

**Plan Confirmed**
_____ Order has been lodged.
_____ Order to be lodged after hearing.

**Plan Denied**
_____ Debtor wants to file an amended plan.
_____ Other reason:
_____ # of days or by _____ file an amended plan. (1355.05)
_____ Adjourned hearing date given in court

**Other Orders**
_____ Order to file tax returns    _____ IRS    _____ ODR    _____ Other:
_____ Returns due within _____ days.
_____ Service Order.    _____ Fee reduction.    _____ Send letter.
_____ 10-day order requiring presentation of proposed confirmation order.

**Adjourned Hearing**
_____ Adjourned confirmation hearing to be held on
_____ Evidentiary confirmation hearing to be held on
_____ via Telephone    _____ by Video    _____ in Courtroom #
_____ Trustee motion to dismiss continued.
_____ Noticed in court.    _____ Notice to be sent to interested parties.

**Notes:**

Case 22-31175-thp13    Doc 44    Filed 10/06/22