In re:  Case No. 22-31175-thp
Annika Ursula Eriksson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3    User: Admin.    Page 1 of 2
Date Rcvd: Oct 06, 2022    Form ID: OD2    Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Annika Ursula Eriksson, 1730 SW 203rd Ave, Beaverton, OR 97003-2164 |
| 102376877 | + | Arbor Village Homeowners Association, c/o Vial Fotheringham LLP, 17355 SW Boones Ferry Rd #A, Lake Oswego OR 97035-5225 |
| 102376876 | + | City of Oregon City Code Enforcement Division, Attn: Zach Knudsen, 1234 Linn Ave, Oregon City, OR 97045-3637 |
| 102376878 | | Gretchen Pan and Xianghua 'Ed' Pan, 4247 Liberty Road South, Salem, OR 97302 |
| 102376872 | + | I.C. Sysem Inc, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 102376883 | + | JP Morgan Chase Bank, N.A., c/o Nationwide Title Clearing, Inc., 2100 Alt. 19 North, Palm Harbor, FL 34683-2620 |
| 102376873 | | Oregon Department of Jusice, Division of Child Support, PO Box 14680 Salem, OR 97309 |
| 102376879 | + | Shadow Wood Home Owners Association, Shadow Wood HOA, POB 6313, Aloha, OR 97007-0313 |
| 102386117 | | UpWork, 655 Montgomery St #490, Dept. 17022, San Francisco, CA 94111-2676 |
| 102386116 | + | Walker Garbage, 1315 NE Cherry Ln, Hillsboro, OR 97124-5617 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: CSPBankruptcy@doj.state.or.us | Oct 06 2022 22:47:00 | Dept of Justice, Division of Child Support, Attn: Bankruptcy Unit, POB 14670, Salem, OR 97309-9995 |
| smg | | EDI: ORREV.COM | Oct 07 2022 02:53:00 | ODR Bkcy, 955 Center NE #353, Salem, OR 97301-2555 |
| smg | + | Email/Text: usaor.bankruptcy@usdoj.gov | Oct 06 2022 22:47:00 | US Attorney, US Attorney, 1000 SW 3rd Ave #600, Portland, OR 97204-2936 |
| smg | ^ | MEBN | Oct 06 2022 22:46:03 | US Attorney General, Department of Justice, 10th & Constitution NW, Washington, DC 20530-0001 |
| cr | | EDI: ORREV.COM | Oct 07 2022 02:53:00 | ODR Bkcy, 955 Center St NE, Salem, OR 97301-2555 |
| 102376865 | + | Email/Text: Ivanhoomissen@acctcorp.com | Oct 06 2022 22:47:00 | Accounts Receivable, Inc., A Washington Corporation, 4001 Main Street Suite 50, Vancouver, WA 98663-1888 |
| 102376866 | + | Email/Text: banko@bonncoll.com | Oct 06 2022 22:47:00 | Bonneville Collections, 6026 S. Fashion Point Dr., South Ogden, Utah 84403-4851 |
| 102376867 | + | Email/Text: bankruptcy@cavps.com | Oct 06 2022 22:47:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 102377640 | + | Email/Text: bankruptcy@cavps.com | Oct 06 2022 22:47:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 102376874 | | EDI: CITICORP.COM | Oct 07 2022 02:53:00 | CitiMortgage, Inc., 1000 Technology Drive, O'Fallon, MO 63368-2240 |
| 102376868 | + | EDI: NAVIENTFKASMDOE.COM | Oct 07 2022 02:53:00 | Dept Of Ed / Aidvantage, POB 9635, Wilkes-Barre PA 18773-9635 |
| 102376880 | + | EDI: LCIPHHMRGT | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 07 2022 02:53:00 | Deutsche Bank Trus Company Americas, c/o Ocwen Loan Servicing, LLC, 1100 Virginia Drive, Suite 175, Fort Washington, PA 19034-3278 |
| 102386118 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 06 2022 22:47:00 | Deutsche Bank Trust Company Americas, c/o Jesse Baker, Aldridge Pite, LLP, POB 17933, San Diego, CA 92177-7921 |
| 102376871 | + | Email/Text: bknotice@ercbpo.com | Oct 06 2022 22:47:00 | Enhanced Recovery, P.O. Box 57547, Jacksonville, FL 32241-7547 |
| 102386115 | | Email/Text: bankruptcynotification@ziply.com | Oct 06 2022 22:47:00 | Ziply Fiber, 135 Lake Street S, Suite 155, Kirkland, WA 98033 |
| 102376881 | | EDI: LCIPHHMRGT | Oct 07 2022 02:53:00 | NewRez, c/o PHH Mortgage Services, P.O. Box 5452, Mt Laurel, NJ 08054-5452 |
| 102376884 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 06 2022 22:47:00 | Ocwen PHH Mortgage Corporation, c/o Jesse Baker, Aldridge Pite, LLP, POB 17933, San Diego, CA 92177-7921 |
| 102376869 | | EDI: PRA.COM | Oct 07 2022 02:53:00 | Portfolio Recovery Associates, 120 Corporate Blvd. Ste 100, Norfolk, VA 23502 |
| 102397479 | | EDI: PRA.COM | Oct 07 2022 02:53:00 | Portfolio Recovery Associates, LLC, c/o Paypal, POB 41067, Norfolk VA 23541 |
| 102376870 | | EDI: RMSC.COM | Oct 07 2022 02:53:00 | SYNCB/Care Credit, c/o P.O. Box 965036, Orlando, FL 32896-5036 |
| 102376882 | + | Email/Text: mtgbk@shellpointmtg.com | Oct 06 2022 22:47:00 | Shellpoint Mortgage Servicing, 75 Beattie Pl #300, Greenville, SC 29601-2138 |
| 102395156 | + | EDI: RMSC.COM | Oct 07 2022 02:53:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 102376875 | + | EDI: BANKAMER.COM | Oct 07 2022 02:53:00 | The Bank of New York Mellon, C/O BAC, M/C:CA6-914-01-43, 1800 Tapo Canyon Road, Simi Valley, CA 93063-6712 |
| 102397618 | | Email/Text: mtgbk@shellpointmtg.com | Oct 06 2022 22:47:00 | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2022          Signature:          /s/Gustava Winters

**Below is an order of the Court.**

*Teresa H. Pearson*

**U.S. Bankruptcy Judge**

---

OD2 (10/1/21) krw

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Annika Ursula Eriksson,** xxx–xx–3215
*Other names used by debtor:* Annika Lee, Annika Ursula Bolon, Soulmates, Annika Lee
Debtor(s)

Case No. **22–31175–thp13**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

**After notice and hearing, the trustee's motion to dismiss this case is granted.**

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015–1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtor(s) and co–debtors and their property are no longer in effect; and creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE.**

###